UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARTER BRETT | No. 20 CR 080<br><br>Judge Gary S. Feinerman |

## NOTICE OF DESIGNATION

Please take notice that the undersigned attorney is designated as counsel for the United States of America in this matter. Previously designated attorneys for the government will continue to represent the United States in this matter.

Respectfully submitted,

By: _____
DANIEL W. GLAD
Assistant Chief
U.S. Department of Justice,
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
+1.312.754.3925
daniel.glad@usdoj.gov