UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20-CR-0080 |
| v. | |
| CARTER BRETT | Judge Feinerman |

**GOVERNMENT'S RULE 12.4 DISCLOSURE STATEMENT**

Federal Rule of Criminal Procedure 12.4(a)(2) requires the government to file a statement "identifying any organizational victim of the alleged criminal activity." If the victim is a corporation, the rule requires the government to identify any parent corporation and any publicly held corporation that owns 10% or more of its stock. The purpose of the Rule 12.4 Disclosure Statement is to assist judges in determining whether they must recuse themselves because of a financial interest in the subject matter in controversy. Fed. R. Crim. P. 12.4 advisory committee's note. At this time, the government has identified the following entities as potential victims of the alleged criminal activity and discloses them to the Court:

1. Mohawk Industries
2. Moraine Valley Community College

Respectfully submitted,

_____
JASON C. TURNER, IL Bar No. 6226269
   jason.turner@usdoj.gov
CHESTER CHOI, CA Bar No. 268410
   chester.choi@usdoj.gov
JILLIAN ROGOWSKI, IL Bar No. 6333254
   jillian.rogowski@usdoj.gov
Trial Attorneys

DANIEL W. GLAD, IL Bar No. 6291567
   daniel.glad@usdoj.gov
Assistant Chief

U.S. Department of Justice,
Antitrust Division
Chicago Office
209 South LaSalle Street
Suite 600
Chicago, IL  60604
Tel: (312) 984-7200