

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 05 2020

Judge Gary Feinerman
United States District Court

UNITED STATES OF AMERICA

v.

CARTER BRETT

No. 20-CR-0080

Judge Feinerman

## WAIVER OF INDICTMENT

I, Carter Brett, the above named defendant, who is accused of: (1) conspiring to suppress and eliminate competition by agreeing to rig bids and fix prices of commercial flooring services and products in violation of 15 U.S.C. § 1; and (2) conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on March 5, 2020, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
CARTER BRETT
Defendant

_____
GREGG L. SMITH
Attorney for Defendant