# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARTER BRETT | Case No. 1:20-CR-00080<br><br>Honorable Gary S. Feinerman. |

## JOINT STATUS REPORT

On June 10, 2021, the Court directed the parties to confer and report on two issues: (1) whether a sentencing hearing may now be scheduled in this matter; and (2) whether the September 16, 2021 (later stricken and re-set for September 15, 2021), status hearing should be rescheduled. ECF 35 and 36. The United States and counsel for the defendant conferred and jointly report as follows.

First, in the view of the parties, it remains too soon to schedule the defendant's sentencing, due to the on-going nature of the government's investigation, and the need for the defendant's on-going cooperation to be fully complete in order to be properly evaluated prior to sentencing. Therefore, the parties request that the Court continue to hold in abeyance the sentencing hearing and all sentencing-related proceedings in this matter.

Second, in light of the government's on-going investigation, as well as the on-going pandemic, the parties request that the Court reschedule the September 15, 2021, status hearing in this matter. The parties request that the Court (a) set this matter for a status conference on December 14, 2021, at 10:15 a.m.; (b) waive the

defendant's presence pursuant to Federal Rule of Criminal Procedure 43(b)(3); and (c) conduct this hearing by videoconference or teleconference in order to protect the health and safety of the defendant, defense counsel, prosecutors, court staff, and the public by reducing the number of in-person hearings to the greatest extent possible.

                        Respectfully submitted,

| | |
|---|---|
| */s/ Chester C. Choi* | */s/ Gregg L. Smith* |
| CHESTER C. CHOI | GREGG L. SMITH |
| chester.choi@usdoj.gov | glslaw40@att.net |
| ELIZABETH HOMAN | |
| elizabeth.homan@usdoj.gov | 205 West Randolph Street, Suite 610 |
| JASON C. TURNER | Chicago, Illinois 60606 |
| jason.turner@usdoj.gov | +1.312.629.1778 |
| Trial Attorneys | Attorney for Defendant |

U.S. Department of Justice
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
+1.312.984.7200