## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CARTER BRETT

Case No. 1:20-CR-00080

Judge Gary S. Feinerman

## <u>NOTICE OF DESIGNATION</u>

Please take notice that the undersigned attorney is designated as counsel for

the United States of America in this matter. Previously designated attorneys for the

government will continue to represent the United States in this matter.


Respectfully submitted,


By:     /s/ *Mary McCarthy*
MARY MCCARTHY
Trial Attorney
U.S. Department of Justice,
Antitrust Division
Chicago Office
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
(312) 984-7200
mary.mccarthy2@usdoj.gov