UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-CR-00080 |
| v. | Judge Gary S. Feinerman |
| CARTER BRETT | |

**NOTICE OF DESIGNATION**

Please take notice that the undersigned attorney is designated as counsel for the United States of America in this matter. Previously designated attorneys for the government will continue to represent the United States in this matter.

Respectfully submitted,

By: /s/ *Charles D. Fox*
CHARLES D. FOX
Trial Attorney
U.S. Department of Justice
Antitrust Division
Chicago Office
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
(312) 984-7200
charles.fox@usdoj.gov