# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARTER BRETT | Case No. 1:20-CR-00080<br><br>Honorable Gary S. Feinerman |

## JOINT STATUS REPORT

On March 21, 2022, the Court directed the parties to file a joint status report on two issues: (1) whether a sentencing hearing may be scheduled; and (2) whether there is a need for the June 22, 2022 status hearing. ECF 46. The United States and counsel for the defendant conferred and jointly report as follows.

First, in the view of the parties, it remains too soon to schedule the defendant's sentencing, due to the ongoing nature of the government's investigation, and the need for the defendant's ongoing cooperation to be fully complete in order to be properly evaluated prior to sentencing. Therefore, the parties request that the Court continue to hold in abeyance the sentencing hearing and all sentencing-related proceedings in this matter.

Second, in light of the government's ongoing investigation, as well as the ongoing pandemic, the parties request that the Court reschedule the June 22, 2022 status hearing in this matter. The parties request that the Court (a) set this matter for status conference on August 22, 2022, at 9:45 a.m.; (b) waive the defendant's presence pursuant to Federal Rule of Criminal Procedure 43(b)(3); and (c) conduct

this hearing by videoconference or teleconference in order to protect the health and safety of the defendant, defense counsel, prosecutors, court staff, and the public by reducing the number of in-person hearings to the greatest extent possible.

Respectfully submitted,

| | |
|---|---|
| /s/ Charles D. Fox | /s/ Gregg L. Smith |
| CHARLES D. FOX | GREGG L. SMITH |
| charles.fox@usdoj.gov | glslaw40@att.net |
| ELIZABETH A. HOMAN | |
| elizabeth.homan@usdoj.gov | 205 West Randolph Street, Suite 610 |
| MARY MCCARTHY | Chicago, Illinois 60606 |
| mary.mccarthy2@usdoj.gov | +1.312.629.1778 |
| Trial Attorneys | Attorney for Defendant |
| | |
| U.S. Department of Justice | |
| Antitrust Division | |
| 209 South LaSalle Street, Suite 600 | |
| Chicago, Illinois 60604 | |
| +1.312.984.7200 | |