# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARTER BRETT | Case No. 1:20-CR-00080<br><br>Judge Gary S. Feinerman |

## WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney is no longer assigned to this case. All other attorneys for the government who have filed designations remain assigned to represent the United States in this matter.

Respectfully submitted,

By:  /s/ *Mary McCarthy*
MARY MCCARTHY
Trial Attorney
U.S. Department of Justice,
Antitrust Division
Chicago Office
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
(312) 984-7200