**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

    v.

CARTER BRETT

Case No. 1:20-CR-00080

Honorable Gary S. Feinerman

**JOINT STATUS REPORT**

On August 11, 2022, the Court directed the parties to file a joint status report on two issues: (1) whether a sentencing hearing may be scheduled; and (2) whether there is a need for the November 18, 2022 status hearing. ECF 50. The United States and counsel for the defendant conferred and jointly report as follows.

The parties concur that a sentencing hearing may be scheduled. Accordingly, the parties request that the Court hold the scheduled November 18, 2022 status hearing for the purpose of scheduling the defendant's sentencing hearing.

Respectfully submitted,

/s/Charles D. Fox

CHARLES D. FOX
charles.fox@usdoj.gov
Trial Attorney

U.S. Department of Justice
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
+1.312.984.7200

/s/ Gregg L. Smith

GREGG L. SMITH
glslaw40@att.net

205 West Randolph Street, Suite 610
Chicago, Illinois 60606
+1.312.629.1778
Attorney for Defendant