IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

USA
Plaintiff

v.

Case No: 20 CR 80

Judge: Gary Feinerman

Carter Brett
Defendant

### Order

Status hearing held. Sentencing set for 2/21/2023 at 10:30 a.m. Cause referred to the Probation Office for a presentence investigation. The Probation Office shall file under seal and send a copy to defense counsel and the Government, its entire Sentencing Recommendation, including its specific recommendations for the conditions of supervised release. The parties shall file simultaneous sentencing briefs by 2/7/2023. In its brief, the Government shall (among any other matters it wishes to address) set forth the specific supervised release conditions it proposes and the justification for imposing each such condition. The parties shall file simultaneous sentencing response briefs by 2/14/2023. In his response brief, Defendant shall (among any other matters he wishes to address) address each supervised release condition proposed by the Probation Office and the Government, stating which conditions he does not oppose and setting forth specific reasons why the other conditions should not be imposed. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

T: 15
Dated: 11/18/2022

United States District Court Judge