**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**ORDER OF THE EXECUTIVE COMMITTEE**

The Honorable Gary S. Feinerman will retire as a United States District Judge effective December 31, 2022.

IT IS HEREBY ORDERED That the criminal cases on the attached list are to be reassigned to the other judges of this Court as indicated, pursuant to Local Rule 40.1(f).

IT IS ALSO ORDERED That any criminal cases that was assigned to the Honorable Gary S. Feinerman and may require further judicial action in the future, shall be reassigned by lot to a judge of this Court.

**ENTER:
FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 21st day of December, 2022

1

**Criminal Cases Reassigned from Judge Feinerman to Judge Alonso**

| | |
|---|---|
| 1:14-cr-00705 | USA v. Cuevas et al |
| 1:15-cr-00666 | USA v. Vazquez |
| 1:16-cr-00435 | USA v. Brand |

**Criminal Cases Reassigned from Judge Feinerman to Judge Blakey**

| | |
|---|---|
| 1:16-cr-00779 | USA v. Jackson et al |
| 1:17-cr-00407 | USA v. Kabbani |
| 1:17-cr-00531 | USA v. Serrano-Orozco, et al. |

**Criminal Cases Reassigned from Judge Feinerman to Judge Bucklo**

| | |
|---|---|
| 1:17-cr-00602 | USA v. Wyllie |
| 1:18-cr-00058 | USA v. Harris et al |
| 1:18-cr-00261 | USA v. Moore |

**Criminal Cases Reassigned from Judge Feinerman to Judge Chang**

| | |
|---|---|
| 1:18-cr-00389 | USA v. Harr et al |
| 1:18-cr-00639 | USA v. Gavin |
| 1:18-cr-00682 | USA v. Hanahan |

**Criminal Cases Reassigned from Judge Feinerman to Judge Coleman**

| | |
|---|---|
| 1:19-cr-00220 | USA v. Pan, et al |
| 1:19-cr-00352 | USA v. Kostic |
| 1:19-cr-00722 | USA v. Pulphus et al |

**Criminal Cases Reassigned from Judge Feinerman to Judge Durkin**

| | |
|---|---|
| 1:19-cr-00919 | USA v. Torres-Herrera |
| 1:20-cr-00080 | USA v. Brett |
| 1:20-cr-00154 | USA v. Burgos |

**Criminal Cases Reassigned from Judge Feinerman to Judge Ellis**

| | |
|---|---|
| 1:20-cr-00248 | USA v. Goodwin |
| 1:20-cr-00335 | USA v. Neal |
| 1:20-cr-00377 | USA v. Branch |

**Criminal Cases Reassigned from Judge Feinerman to Judge Gettleman**

| | |
|---|---|
| 1:20-cr-00404 | USA v. January et al |
| 1:20-cr-00419 | USA v. Billups et al |
| 1:20-cr-00597 | USA v. Diaz |

**Criminal Cases Reassigned from Judge Feinerman to Judge Guzman**

| | |
|---|---|
| 1:20-cr-00624 | USA v. Lewis |
| 1:20-cr-00724 | USA v. Carson |

**Criminal Cases Reassigned from Judge Feinerman to Judge Kendall**

| | |
|---|---|
| 1:20-cr-00800 | USA v. Martin |
| 1:20-cr-00805 | USA v. Clark |
| 1:20-cr-00900 | USA v. Lopez |

**Criminal Cases Reassigned from Judge Feinerman to Judge Kennelly**

| | |
|---|---|
| 1:21-cr-00065 | USA v. Zorrilla |
| 1:21-cr-00164 | USA v. Price |
| 1:21-cr-00328 | USA v. Acevedo-Mequita |

**Criminal Cases Reassigned from Judge Feinerman to Judge Kness**

| | |
|---|---|
| 1:21-cr-00390 | USA v. Leonides-Seguria |
| 1:21-cr-00538 | USA v. Campos et al |
| 1:21-cr-00556 | USA v. Hernandez |

**Criminal Cases Reassigned from Judge Feinerman to Judge Lefkow**

| | |
|---|---|
| 1:21-cr-00592 | USA v. Pena |

**Criminal Cases Reassigned from Judge Feinerman to Judge Leinenweber**

| | |
|---|---|
| 1:21-cr-00638 | USA v. Gentry |
| 1:21-cr-00659 | USA v. Tejedo |

**Criminal Cases Reassigned from Judge Feinerman to Judge Pacold**

| | |
|---|---|
| 1:22-cr-00153 | USA v. Smart |
| 1:22-cr-00158 | USA v. Taylor |
| 1:22-cr-00227 | USA v. Ragucci |

**Criminal Cases Reassigned from Judge Feinerman to Judge Rowland**

| | |
|---|---|
| 1:22-cr-00234 | USA v. Sutton |
| 1:22-cr-00261 | USA v. Bergthold |
| 1:22-cr-00330 | USA v. Kimbrough |

**Criminal Cases Reassigned from Judge Feinerman to Judge Seeger**

| | |
|---|---|
| 1:22-cr-00353 | USA v. Diaconescu |
| 1:22-cr-00362 | USA v. Williams |

1:22-cr-00398				USA v. Williams

**Criminal Cases Reassigned from Judge Feinerman to Judge Shah**

1:22-cr-00534				USA v. Ellison
1:22-cr-00544				USA v. McDowell
1:10-cr-00947				USA v. Kirk

**Criminal Cases Reassigned from Judge Feinerman to Judge Tharp**

1:11-cr-00667 USA v. Harris
1:13-cr-00109 USA v. Richardson
1:13-cr-00372 USA v. Hayward

**Criminal Cases Reassigned from Judge Feinerman to Judge Valderrama**

1:16-cr-00412 USA v. Floyd
1:16-cr-00670 USA v. Hull
1:17-cr-00785 USA v. Van Alstine

**Criminal Cases Reassigned from Judge Feinerman to Judge Wood**

1:19-cr-00329 USA v. Watson
1:20-cr-00252 USA v. Young
1:22-cr-00027 USA v. Mitchell