# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                      Case No.: 1:20−cr−00080
                                                      Honorable Thomas M. Durkin

Carter Brett

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: as to Carter Brett. The sentencing hearing set for 2/21/2023 is reset for 4/7/2023 at 10:00 a.m. The presentence report is due by 3/3/2023. Sentencing memorandum and objections to the presentence report are due by 3/24/2023. Any responses are due by 3/31/2023. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.