**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20-cr-00080 |
| v. | Judge Thomas M. Durkin |
| CARTER BRETT | |

## NOTICE OF DESIGNATION

Please take notice that the undersigned attorney is designated as counsel for the United States of America in this matter. Previously designated attorneys for the government will continue to represent the United States in this matter.

Respectfully submitted.


By:     /s/ *Carla M. Stern*
CARLA M. STERN, IL Bar No. 6201979
Trial Attorney
U.S. Department of Justice,
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
(312) 984-7200
carla.stern@usdoj.gov