UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 CR 80-1 |
| | ) | |
| CARTER BRETT, | ) | The Honorable |
| | ) | Thomas M. Durkin, |
| Defendant. | ) | Presiding Judge |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Now comes the defendant, CARTER BRETT, by and through his attorney, GREGG L. SMITH, and respectfully requests that this Honorable Court enter an Order continuing the date of his sentencing until the second week in June. In support of this motion, the following is offered:

1. Mr. Brett has been charged in a two-count Information with bid rigging and money laundering.

2. On March 5, 2020, just four weeks after he was charged, Mr. Brett appeared before this Honorable Court and entered his plea of guilty to both counts pursuant to a written plea agreement. This Honorable Court accepted the guilty plea and sentencing is currently scheduled for 1:00 p.m. on April 7, 2023.

3. AUSA Charles Fox has been contacted and has no objection to this request to continue the sentencing hearing. AUSA Fox indicated that an extension is warranted here to allow the parties to file sentencing response briefs.

4. We respectfully ask this Honorable Court to continue Carter Brett's sentencing until the second week in June, to a time consistent with the requirements of the calendar of the

1

Court to allow Mr. Brett time to prepare for this most important hearing.

WHEREFORE, Carter Brett, by and through his attorney, Gregg L. Smith, respectfully requests that this Honorable Court enter an Order continuing his sentencing to the second week of June, to a time consistent with the calendar requirements of this Honorable Court.

                    Respectfully submitted,

                    /s/ Gregg L. Smith
                    GREGG L. SMITH
                    Attorney for Carter Brett

Gregg L. Smith
205 West Randolph Street
Suite 1700
Chicago, IL 60606
(312) 629-1778

## CERTIFICATE OF SERVICE

I, Gregg L. Smith, the attorney for Defendant Carter Brett, hereby certify that I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                    Respectfully submitted,

                    /s/ Gregg L. Smith
                    GREGG L. SMITH
                    Attorney for Carter Brett

Gregg L. Smith
205 West Randolph Street
Suite 1700
Chicago, IL 60606
(312) 629-1778