# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                     Plaintiff,

v.                                                      Case No.: 1:20−cr−00080
                                                           Honorable Thomas M. Durkin

Carter Brett

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 31, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: as to Carter Brett. Unopposed motion to continue sentencing hearing [66] is granted. Judge Durkin's courtroom deputy will contact the parties to schedule a new sentencing date. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.