# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                       Case No.: 1:20−cr−00080
                                                             Honorable Thomas M. Durkin

Carter Brett

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 3, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: as to Carter Brett. The sentencing hearing set for 4/7/2023 is reset for 6/16/2023 at 10:00 a.m. Responses to sentencing memos are due by 6/5/2023. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.