May 20, 2023

Honorable Judge Durkin,

I am writing this to you to serve as a character reference for Carter Brett. I initially met Carter through Alcoholics Anonymous and have known him since January 15, 2018 when he first came into the program. Over the past five years, I have witnessed Carter's focus and commitment to becoming a better person – he has accepted ownership of past shortcomings and works each day to be of service to his family, his employer and our fellowship. He is currently leading a Sunday morning meeting in Barrington and is always ready to extend a hand of support to others.

Please reach out if there is any additional information that I could provide.

Respectfully,

Alan Young
312.498.2205