May 23, 2023

Your Honorable Judge Durkin,

I am writing this statement on behalf of my new friend Carter Brett, who is set to appear before you in court shortly to request leniency regarding case.

I am Robert Wosneski, and I have known Carter for over 5 years since he first walked through the doors off AA in January of 2018. I am a Senior Account Executive at Oracle covering named accounts across the country and been in this program for over a decade.

Carter's actions over time were a direct effect of his struggle with drugs and alcohol. He had suffered from erratic behavior before the incident as a direct result of his drug and alcohol abuse. Since the actions and events that got him here, he realized what a dangerous and destructive path he was on and has made a complete and may I say miraculously impressive change with his life.

Carter has been part of the AA program since January of 2018 and hasn't touched alcohol since. The effect of Alcoholics Anonymous has been astounding on his personal, professional, and spiritual life. He has become more involved with his family and church and is much calmer, more thoughtful, and newly devoted to his wife and family.

One thing that AA has taught Carter is that he needs to face the consequences of his behavior. However, over the last five years, that behavior has been replaced by a much more stable, reliable person. I am extremely proud of Carters progress and for the positive changes he has made.

Thank you for your consideration.

Sincerely,

Robert Wosneski

rwosneski@gmail.com
(847) 209-9899