# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                   Case No.: 1:20−cr−00080
                                                            Honorable Thomas M. Durkin

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

    MINUTE entry before the Honorable Thomas M. Durkin as to Carter Brett: By request and agreement of the parties, the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on 8/21/2023. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.