IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 CR 80-1 |
| | ) | |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| | ) | |
| Carter Brett | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

By request and agreement of the parties, the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on 8/21/2023.

Date: 8/15/2023

_____
Thomas M. Durkin
United States District Judge