UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 CR 80-1 |
| | ) | |
| CARTER BRETT, | ) | The Honorable |
| | ) | Thomas M. Durkin, |
| Defendant. | ) | Presiding Judge |

**UNOPPOSED EMERGENCY MOTION TO EXTEND REORT DATE**

Now comes the defendant, CARTER BRETT, by and through his attorney, GREGG L. SMITH, and with no objection from the Government, respectfully requests that this Honorable Court enter an Order extending his Bureau of Prisons Report Date from August 21, 2023 to the original report date of September 25, 2023. In support of this motion, the following is offered:

1. Mr. Brett has been charged in a two-count Information with bid rigging and money laundering.

2. On March 5, 2020, just four weeks after he was charged, Mr. Brett appeared before this Honorable Court and entered his plea of guilty to both counts pursuant to a written plea agreement.

3. On June 14, 2023, this Court sentenced Mr. Brett to four months in the Bureau of Prisons and set Mr. Brett's surrender date for September 25, 2023. (Dkt. No. 77)

4. On August 15, 2023, this Court entered a Minute entry and Order stating that "[b]y request and agreement of the parties," changing Mr. Brett's surrender date to August 21, 2023. (Dkt. Nos. 79 and 80)

1

5. Mr. Brett has recently been diagnosed by his cardiologist with 98% blockage in his arteries. Mr. Brett's cardiologist inserted coronary artery stents on or about August 17th in the hope that the stents will provide effective relief for the blockage. Follow-up examinations and testing have been scheduled. In the event the coronary artery stents do not provide effective relief for the blockage, surgery will be required.

6. AUSA Charles Fox has been contacted and has no objection to this request to extend the report date.

WHEREFORE, Carter Brett, by and through his attorney, Gregg L. Smith, respectfully requests that this Honorable Court enter an Order extending Mr. Brett's Bureau of Prisons Report Date back to the original date of September 25, 2023.

Respectfully submitted,

/s/ Gregg L. Smith
GREGG L. SMITH
Attorney for Carter Brett

Gregg L. Smith
205 West Randolph Street
Suite 1700
Chicago, IL 60606
(312) 629-1778

## CERTIFICATE OF SERVICE

I, Gregg L. Smith, the attorney for Defendant Carter Brett, hereby certify that I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully submitted,

/s/ Gregg L. Smith
GREGG L. SMITH
Attorney for Carter Brett

Gregg L. Smith
205 West Randolph Street
Suite 1700
Chicago, IL 60606
(312) 629-1778