**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  20 CR 80-1 |
| | ) | |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| | ) | |
| Carter Brett | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

The defendant's unopposed emergency motion to extend surrender date [83] is granted. Mr. Brett shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on 1/8/2024.


Date:   9/21/2023

_____
Thomas M. Durkin
United States District Judge